UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

GENE HUSEN,

        Plaintiff,

                                                                                       Case No. 03-10202-BC

v.                                                                                       Honorable David M. Lawson

DOW CHEMICAL COMPANY, UNITED
STEELWORKERS OF AMERICA and
UNITED STEELWORKERS OF AMERICA
LOCAL 12075,

        Defendants.

-and-                                                                                   <u>CONSOLIDATED CASES</u>

BRIAN ROPER,

        Plaintiff,

                                                                                       Case No. 03-10203-BC

v.

DOW CHEMICAL COMPANY, UNITED
STEELWORKERS OF AMERICA and
UNITED STEELWORKERS OF AMERICA
LOCAL 12075,

        Defendants.
_____/

## **JUDGMENT**

        In accordance with the Opinion and Order entered on this date,

        It is **ORDERED AND ADJUDGED** that judgment is **GRANTED** in favor of the defendants and against the plaintiffs.

It is further **ORDERED AND ADJUDGED** that the plaintiffs' complaints are **DISMISSED WITH PREJUDICE**.

s/David M. Lawson<br>
DAVID M. LAWSON<br>
United States District Judge

Dated: March 31, 2006

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on March 31, 2006.

s/Tracy A. Jacobs<br>
TRACY A. JACOBS